

# Missouri Court of Appeals
## Southern District

**MARCH 11, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

    1.    SD33827    LEMAR D. DURAN, Movant-Appellant
                         vs.
                         STATE OF MISSOURI, Respondent-Respondent

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

    1.    SD33824    STATE OF MISSOURI, Plaintiff-Respondent
                         vs.
                         DAVID B. HUFSTEDLER, Defendant-Appellant